CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 14 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 7:07CR00085 |
| v. | ORDER |
| KOA DANNETTE MACK,<br>Defendant. | By: Hon. Glen E. Conrad<br>Chief United States District Judge |

Based on counsel's notice to the court on September 12, 2016, that she has nothing to add to the pro se motion under 28 U.S.C. § 2255 filed by Koa Dannette Mack and will not be filing further pleadings in this matter, it is

**ORDERED**

that counsel's motion to withdraw from representation (ECF No. 88-1) is **GRANTED**, and defendant is advised that she may continue, pro se, her litigation of this action under 28 U.S.C. § 2255. Under a prior order, the government is scheduled to answer or otherwise respond to Mack's § 2255 motion within 60 days from counsel's notice of nonfiling, and Mack will then have 21 days thereafter to reply.

The clerk will send a copy of this order to the defendant at her address of record.

ENTER: This 14th day of September, 2016.

/s/ Glen E. Conrad
Chief United States District Judge